**CRIMINAL CASE COVER SHEET**   **U.S. DISTRICT COURT**

Complete entire form

**Place of Offense:**

City Kosciusko

County Attala

**Related Case Information**

Superseding Indictment _____ Case Number_____

Same Defendant _____ New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R20/R40 from District of _____

Related Criminal Case Number _____

**Defendant Information**

Juvenile: ☐ Yes ☑ No   If yes, Matter to be sealed: ☐ Yes ☑ No

Defendant Name Jeannie Phillips

Alias Name _____

Address Kosciusko, MS

DOB 1986   SS# 2155   Sex Femal  Race Black   Nationality American

Represented by: _____

Interpreter: ☐ Yes ☐ No   List Language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ (Date) in _____ (Location)
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts 1   ☐ Petty   ☐ Misdemeanor   ☑ Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 18:472.F | Passes Counterfeit Obligations/Securiti | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

**U.S. Attorney Information:** AUSA Robert J. Mims   Bar # 9913

Date: 6-24-15   Signature of AUSA _____

**District Court Case Number:**
(To be entered by Clerk)   4:15CR071