*UNITED STATES DISTRICT COURT*
NORTHERN DISTRICT OF MISSISSIPPI

# NOTICE

UNITED STATES OF AMERICA

V.  CASE NO. 4:15CR71-GHD-JMV-11

JEANNIE PHILLIPS

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

**Place**
FEDERAL BLDG.
OXFORD, MS

**Room No.**
COURTROOM NO. 1

**Date and Time**
TUESDAY, OCTOBER 13, 2015**,** 11:00 A.M.

**Type of Proceeding**

**CHANGE OF PLEA AS TO COUNT 1
BEFORE SENIOR JUDGE GLEN H. DAVIDSON
A PRE-SENTENCE INTERVIEW WILL TAKE PLACE IMMEDIATELY FOLLOWING
THE PLEA PROCEEDINGS AND COUNSEL FOR DEFENDANT MAY ATT
\*ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENT(S) AS TO COURT APPEARANCES.**

DAVID CREWS, Clerk of Court

　　/s Raye Long　　　
(BY) Raye Long  - Courtroom Deputy

Date:  September 28, 2015

By NEF To:

　　Clyde McGee, AUSA,　　　　　　U. S. Probation Service

　　Hon. John H. Daniels, III　　　　　U. S. Marshal

**CONTACT RAYE LONG AT 662/369-4952 IF YOU HAVE ANY QUESTIONS.**